## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA HOOD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-1461 |
| | § | |
| BAY AREA REGIONAL | § | |
| MEDICAL CENTER, LLC., *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

### ORDER

On January 11, 2019, defendants filed their Suggestion of Bankruptcy (Dkt. 18, 19). Pursuant to 11 U.S.C. § 362 the proceedings against defendants are stayed pending the resolution of the bankruptcy proceedings. Within twenty days of the close of the bankruptcy action, defendants shall notify the Court that the bankruptcy proceedings are complete.

It is therefore ORDERED that this cause of action is STAYED and administratively (statistically) closed. The parties may move to reinstate the case on the court's active docket at such time in the future as deemed appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

Signed at Houston, Texas on February 15, 2019.

_____
Gray H. Miller
Senior United States District Judge